UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| VALUTA CORPORATION, INC. and PAYAN FUEL CENTER, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> FINANCIAL CRIMES ENFORCEMENT NETWORK, ANDREA GACKI, in her official capacity as Director of the Financial Crimes Enforcement Network; U.S. DEPARTMENT OF THE TREASURY; SCOTT BESSENT, in his official capacity as Secretary of the Treasury; and PAM BONDI, in her official capacity as Attorney General of the United States, <br><br> *Defendants*. | Civil Action No. 3:25-cv-191-LS |

### DEFENDANTS' NOTICE OF INTENT TO OPPOSE MOTION FOR TEMPORARY RESTRAINING ORDER

Defendants hereby give notice of their intent to oppose Plaintiffs' Motion for a Temporary Restraining Order, Docket no. 5. Undersigned counsel received the TRO papers at approximately 4:00 pm on May 30, 2025. The motion, filed May 30, 2025, seeks to enjoin an order which was announced on March 11, 2025, and which went into effect on April 14, 2025. See Complaint, Docket no. 1 at ¶¶ 47, 49.

Defendants respectfully request a briefing schedule setting their response deadline as Friday, June 13, 2025.

Dated: June 3, 2025                              Respectfully submitted,

                                                     **Justin R. Simmons**
United States Attorney

By:   */s/ Robert Green*
      **Robert D. Green**
Texas Bar No. 24087626
Assistant United States Attorney
U.S. Attorney's Office
601 NW Loop 410, Suite 600
San Antonio, Texas 78216
(210) 384-7362 (phone)
(210) 384-7312 (fax)
robert.green3@usdoj.gov

*Attorneys for Defendant*