## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | |
|---|---|
| VALUTA CORPORATION, INC., and PAYAN'S FUEL CENTER, INC., §§§§§ *Plaintiffs*, §§ v. §§ FINANCIAL CRIMES ENFORCEMENT NETWORK; ANDREA GACKI, in her official capacity as Director of the Financial Crimes Enforcement Network; U.S. DEPARTMENT OF THE TREASURY; SCOTT BESSENT, in his official capacity as Secretary of the Treasury; and PAM BONDI, in her official capacity as the Attorney General of the United States, §§§§§§§§§§§§§ *Defendants*. | No. 3:25-CV-00191-LS |

## ORDER

Plaintiffs have filed a motion for a temporary restraining order, and Defendants have notified the Court that they oppose said motion. Defendants shall file any response in opposition to Plaintiffs' motion by **June 9, 2025**.

The motion is set for hearing on **June 11, 2025, at 10:00 a.m.** in District Courtroom, Room 622, on the sixth floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, Texas.

**SO ORDERED.**

**SIGNED** and **ENTERED** on June 4, 2025.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**