UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| VALUTA CORPORATION, INC., and PAYAN'S FUEL CENTER, INC.,<br><br>*Plaintiffs*,<br><br>v.<br><br>FINANCIAL CRIMES ENFORCEMENT NETWORK, *et al.*,<br><br>*Defendants*. | Civil Case No. 3:25-cv-00191-LS |

**PLAINTIFFS' SUPPLEMENT TO RECORD AND INDEX OF RECORD FOR APPLICATION FOR TEMPORARY RESTRAINING ORDER**

| Description | Location |
|---|---|
| **Orders, Transcripts, and Amicus Brief** | |
| Order Granting Plaintiffs' Motion for a Preliminary Injunction in *Texas Association for Money Services Businesses v. Bondi*, 5:25-cv-00344 (W.D. Tex.) ("*TAMSB*") | ECF 5-8 |
| Order Granting Plaintiffs' Motion for a Preliminary Injunction in *Novedades y Servicios, Inc. v. Financial Crimes Enforcement Network*, No. 3:25-cv-00886-JLS, (S.D. Cal) ("*Novedades*") | ECF 5-9 |
| Transcript of Hearing on Plaintiffs' Motion for a Preliminary Injunction in *TAMSB* | ECF 5-16 |
| Transcript of Hearing on Plaintiffs' Motion for a Preliminary Injunction in *Novedades* | ECF 23-1 |
| Brief of Amicus Curiae Money Services Business Association, Inc. and accompanying declarations in *Novedades* | ECF 17-2 |
| Advisory issued by Judge Biery in *TAMSB* | ECF 17-1 |
| **Exhibits** | |
| Challenged Geographic Targeting Order | ECF 5-5 |
| FinCEN March XX, 2025 Internal Memorandum | ECF 5-6 |
| Public Administrative Record | ECF 15-3 |

1

| Description | Location |
|---|---|
| Map of All Affected ZIP Codes | ECF 5-10 |
| Map of Texas ZIP Codes | ECF 5-11 |
| Map of El Paso ZIP Codes | ECF 5-12 |
| Map of Southeast Texas ZIP Codes | ECF 5-13 |
| Map of California ZIP Codes | ECF 5-14 |
| Map of San Diego ZIP Codes | ECF 5-15 |
| Blank CTR | ECF 5-7 |
| CTR Electronic Filing Requirements | ECF 5-2 |
| **Declarations** | |
| Declaration of Clarissa Ashley Light in Support of Plaintiffs' Motion for a Temporary Restraining Order | ECF 5-1 |
| Declaration of Andres Payan, Jr., in Support of Plaintiffs' Motion for a Temporary Restraining Order | ECF 5-3 |
| Amended Declaration of Arnoldo Gonzalez, Jr. in Support of Plaintiffs' Motion for a Preliminary Injunction in *TAMSB* | ECF 23-2 |
| Declaration of Efrain Salinas in Support of Plaintiffs' Motion for a Preliminary Injunction in *TAMSB* | ECF 23-3 |
| Declaration of Mario Regalado in Support of Plaintiffs' Motion for a Preliminary Injunction in *TAMSB* | ECF 23-4 |
| Declaration of Miguel A. Espinoza in Support of Plaintiffs' Motion for a Preliminary Injunction in *TAMSB* | ECF 23-5 |
| Declaration of Miguel Regalado of Plaintiffs' Motion for a Preliminary Injunction in *TAMSB* | ECF 23-6 |
| Declaration of Ricardo Granado in Support of Plaintiffs' Motion for a Preliminary Injunction in *TAMSB* | ECF 23-7 |
| Declaration of Xavier Guerra in Support of Plaintiffs' Motion for a Preliminary Injunction in *TAMSB* | ECF 23-8 |
| Declaration of Edelmiro A. Martinez in Support of Plaintiffs' Motion for a Preliminary Injunction in *TAMSB* | ECF 23-9 |
| Declaration of Edelmiro J. Martinez in Support of Plaintiffs' Motion for a Preliminary Injunction in *TAMSB* | ECF 23-10 |
| Declaration of David Delgado in Support of Plaintiffs' Motion for a Preliminary Injunction in *TAMSB* | ECF 23-11 |

| Description | Location |
|---|---|
| Declaration of Arnoldo Gonzalez, Jr. in Support of Plaintiffs' Motion for a Preliminary Injunction in *Novedades* | ECF 23-12 |
| Declaration of Esperanza Gomez in Support of Plaintiffs' Motion for a Preliminary Injunction in *Novedades* | ECF 23-13 |
| Declaration of Antonio Carpio in Support of Plaintiffs' Motion for a Preliminary Injunction in *Novedades* | ECF 23-14 |
| Declaration of Anuar Contreras in Support of Plaintiffs' Motion for a Preliminary Injunction in *Novedades* | ECF 23-15 |
| Declaration of Mariceli Castro in Support of Plaintiffs' Motion for a Preliminary Injunction in *Novedades* | ECF 23-16 |

Dated: June 12, 2025

Christen Mason Hebert (TX Bar No. 24099898)
Jeffrey Rowes (TX Bar No. 24104956)*
INSTITUTE FOR JUSTICE
816 Congress Ave., Suite 970
Austin, TX 78701
(512) 480-5936
chebert@ij.org
jrowes@ij.org

Katrin Marquez (FL Bar No. 1024765)*
INSTITUTE FOR JUSTICE
2 South Biscayne Blvd., Suite 3180
Miami, FL 33131
(305) 721-1600
kmarquez@ij.org

\* Admitted *Pro Hac Vice*

*Attorneys for Plaintiffs*

Respectfully submitted,

/s/ Andrew K. Ward
Andrew K. Ward (NY Bar No. 5364393)*
Elizabeth L. Sanz (CA Bar No. 340538)*
INSTITUTE FOR JUSTICE
901 N. Glebe Road, Suite 900
Arlington, VA 22203
(703) 682-9320
ahward@ij.org
bsanz@ij.org

Robert E. Johnson (DC Bar No. 1013390)*
INSTITUTE FOR JUSTICE
16781 Chagrin Blvd., Suite 256
Shaker Heights, OH 44120
(703) 682-9320
rjohnson@ij.org

3

**CERTIFICATE OF SERVICE**

  I certify that on June 12, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will provide electronic service upon all attorneys of record.

                <u>/s/ Andrew K. Ward</u>
                Andrew K. Ward