CAUSE NO. 3:25-cv-191

| | | |
|---|---|---|
| VALUTA CORPORATION, INC., and PAYAN'S FUEL CENTER, INC., | § § § | UNITED STATES DISTRICT COURT |
| Plaintiff, | § | |
| VS. | § § | FOR THE WESTERN DISTRICT |
| FINANCIAL CRIMES ENFORCEMENT NETWORK, et al., | § | |
| Defendant. | § | OF TEXAS |

## AFFIDAVIT OF SERVICE - CERTIFIED MAIL

On this day personally appeared **Myranda Marin** who, being by me duly sworn, deposed and said:

"The following came to hand on **Jun 2, 2025, 7:23 pm,**

SUMMONS IN A CIVIL ACTION, COMPLAINT FOR DECLARATORY JUDGMENT AND INJUNCTIVE RELIEF, CIVIL COVER SHEET,

and was executed on **Thu, Jun 05 2025** by mailing to **Financial Crimes Enforcement Network** at **2070 CHAIN BRIDGE ROAD, VIENNA, VA 22182**, by regular mail and by Certified Mail, Return Receipt Requested, Receipt No. **9210890347375200442763**, a true copy of this citation.

The regular mail envelope **was not** returned. PS Form 3811 was returned on **June 10, 2025 at 9:19 am** having been **signed on date** and is attached hereto.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

_____
Myranda Marin
Certification Number: PSC-12685
Certification Expiration: 06/30/2026

BEFORE ME, a Notary Public, on this day personally appeared **Myranda Marin**, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are within his or her personal knowledge and are true and correct.

SUBSCRIBED AND SWORN TO ME ON 06/10/2025

_____
Notary Public, State of Texas

QUSAY ABBAS
Notary Public, State of Texas
Comm. Expires 02-07-2028
Notary ID 134751482


**UNITED STATES POSTAL SERVICE**

June 10, 2025

Dear Myranda Marin:

The following is in response to your request for proof of delivery on your item with the tracking number: **9210 8903 4737 5200 4427 63**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | June 10, 2025, 9:19 am |
| **Location:** | VIENNA, VA 22182 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Signature Confirmation™ |
| | Up to $100 insurance included |
| **Recipient Name:** | Financial Crimes Enforcement Network |
| **Actual Recipient Name:** | F CRIMES ENFORCEMENT |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

## Shipment Details

| | |
|---|---|
| **Weight:** | 4.0oz |

## Recipient Signature

| | |
|---|---|
| Signature of Recipient: | *[signature] First Dept of Treasury* |
| Address of Recipient: | *[P.O. Box]* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004