UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| VALUTA CORPORATION, INC., and PAYAN'S FUEL CENTER, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> FINANCIAL CRIMES ENFORCEMENT NETWORK, *et al.*, <br><br> *Defendants*. | Civil Case No. 3:25-cv-00191-LS |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION
FOR LEAVE TO FILE EXCESS PAGES**

This matter comes before the Court on Plaintiffs' Unopposed Motion for Leave to File Excess Pages. Having reviewed the motion, the Court finds that it should be GRANTED.

Accordingly, it is hereby ORDERED that the page limit of Plaintiffs' upcoming motion for a preliminary injunction and entry of final judgement is increased to 30 pages, Defendants' response is increased to 30 pages, and Plaintiffs' reply is increased to 15 pages.

SO ORDERED

SIGNED and ENTERED this 1st day of July, 2025.

_____
LEON SCHYDLOWER
UNITED STATES DISTRICT JUDGE