UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| VALUTA CORPORATION, INC., and PAYAN'S FUEL CENTER, INC., <br><br>*Plaintiffs*, <br><br>v. <br><br>FINANCIAL CRIMES ENFORCEMENT NETWORK, *et al.*, <br><br>*Defendants*. | Civil Case No. 3:25-cv-00191-LS |

**DECLARATION OF ANDRES PAYAN, JR.
IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, Andres Payan, Jr., being of competent mind, declare as follows:

1. I am a United States citizen and a resident of El Paso. I am 42 years old.

2. I am the manager of Payan's Fuel Center, Inc., a Texas corporation. I have authority to speak for Payan's.

3. Payan's is a Money Services Business (MSB) that is one of the Plaintiffs in this case.

4. I believe that there are MSBs in the targeted zip codes that are not listed by FinCEN. For instance, there is a grocery store in a targeted zip codes that did money transfers until recently, but FinCEN does not list it in the targeted zip codes.

5. I think the GTO is invalid for all the MSBs. Payan's and the other affected MSBs have the same interest in getting rid of it. I don't want a different rule for just Payan's. I wouldn't want to settle the case to gain a benefit for just us.

6. On June 30, 2025, I spoke with one of Plaintiffs' lawyers, Andrew Ward. We

1

discussed what a class action is and the advantages and disadvantages of proceeding in one.

I declare under penalty of perjury that the foregoing is true and correct.

DATED and SIGNED this 1st day of July, 2025.

_____
Andrés Payan, Jr.