UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| VALUTA CORPORATION, INC., and PAYAN'S FUEL CENTER, INC.,<br><br>  *Plaintiffs*,<br><br>v.<br><br>FINANCIAL CRIMES ENFORCEMENT NETWORK; ANDREA GACKI, in her official capacity as Director of the Financial Crimes Enforcement Network; U.S. DEPARTMENT OF THE TREASURY; SCOTT BESSENT, in his official capacity as Secretary of the Treasury; and PAM BONDI, in her official capacity as the Attorney General of the United States,<br><br>  *Defendants*. | § § § § § § § § § § § § § § § § § § § § §   No. 3:25-CV-00191-LS |

**ORDER EXTENDING TEMPORARY RESTRAINING ORDER, SETTING PRELIMINARY INJUNCTION BRIEFING SCHEDULE, AND SETTING A DEADLINE FOR A PROPOSED SCHEDULING ORDER**

The temporary restraining order in this case expires on July 8, 2025. Plaintiffs now move to extend the TRO deadline to allow sufficient time to address a forthcoming preliminary injunction motion. Accordingly, the Court finds good cause exists for the requested extension to receive and analyze the arguments of the parties[1] and extends the TRO for an additional fourteen days to **July 22, 2025**.

In rough accordance with the parties' joint request, the Court sets the following schedule: Plaintiffs' preliminary injunction motion is due on **July 3, 2025**. The government's response is

---

[1] *See* Fed. R. Civ. P. 65(b)(2).

due on **July 10, 2025**. Plaintiffs' reply is due on **July 14, 2025**. The Court sets a hearing on the motion for **July 18, 2025 at 10:30 a.m.** in the District Courtroom, Room 622, on the sixth floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, Texas. **The parties may jointly move that the hearing be vacated and the Court rule on the parties' filed submissions.**

Finally, a Rule 26(f)[2] report and proposed scheduling order[3] are now required, and the parties are directed to the forms set out in Appendix N and Appendix B of the Local Court Rules, respectively. The parties should confer and file these joint pleadings by **July 18, 2025**.

**SO ORDERED**.

**SIGNED** and **ENTERED** on July 2, 2025.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

---

[2] Fed. R. Civ. P. 26(f).
[3] Fed. R. Civ. P. 16(b); Local Court Rule CV-16(c).