UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| VALUTA CORPORATION, INC., and PAYAN'S FUEL CENTER, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> FINANCIAL CRIMES ENFORCEMENT NETWORK, *et al.*, <br><br> *Defendants*. | Civil Case No. 3:25-cv-00191-LS |

**[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION TO SUPPLEMENT THE ADMINISTRATIVE RECORD**

This matter comes before the Court on Plaintiffs' Motion to Supplement the Administrative Record. Having reviewed the motion, the Court finds that it should be GRANTED.

Accordingly, it is hereby ORDERED that the Administrative Record be supplemented to include Plaintiffs' evidence in support of Plaintiffs' Motion for a Temporary Restraining Order, as listed in the index provided to the Court following the June 11, 2025 TRO hearing (Doc. 23).

SO ORDERED.

SIGNED and ENTERED this 2nd day of July, 2025.

---

LEON SCHYDLOWER
UNITED STATES DISTRICT JUDGE