UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| VALUTA CORPORATION, INC., and PAYAN'S FUEL CENTER, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> FINANCIAL CRIMES ENFORCEMENT NETWORK, *et al.*, <br><br> *Defendants*. | Civil Case No. 3:25-cv-00191-LS |

**NOTICE OF STAY OF RELATED CASE**

At the July 18 hearing on Plaintiffs' motion for summary judgment, the Court asked about the status of the other cases challenging the Border GTO. Plaintiffs responded that this case, the only one in which a party has moved for summary judgment, is the closest to a final decision.

Plaintiffs file this notice to inform the Court that Judge Biery has stayed his case, No. SA-25-CA-00344-FB, pending resolution of the interlocutory appeal of his preliminary injunction. In staying the case, Judge Biery explicitly took "into consideration … the pending case in El Paso, *Valuta Corporation, Inc. & Payans Fuel Center, Inc. v. Financial Crimes Enforcement Network, et al.*, Civil Action No. EP-25-cv-00191- LS." This stay further confirms that this case is the one closest to the finish line.

A copy of Judge Biery's order is attached.

Dated: July 23, 2025

Respectfully submitted,

/s/ Andrew K. Ward

<div style="display: flex;">

Christen Mason Hebert (TX Bar No. 24099898)
Jeffrey Rowes (TX Bar No. 24104956)*
INSTITUTE FOR JUSTICE
816 Congress Ave., Suite 970
Austin, TX 78701
(512) 480-5936
chebert@ij.org
jrowes@ij.org

Katrin Marquez (FL Bar No. 1024765)*
INSTITUTE FOR JUSTICE
2 South Biscayne Blvd., Suite 3180
Miami, FL 33131
(305) 721-1600
kmarquez@ij.org

</div>

Andrew K. Ward (NY Bar No. 5364393)*
Elizabeth L. Sanz (CA Bar No. 340538)*
INSTITUTE FOR JUSTICE
901 N. Glebe Road, Suite 900
Arlington, VA 22203
(703) 682-9320
ahward@ij.org
bsanz@ij.org

Robert E. Johnson (DC Bar No. 1013390)*
INSTITUTE FOR JUSTICE
16781 Chagrin Blvd., Suite 256
Shaker Heights, OH 44120
(703) 682-9320
rjohnson@ij.org

* Admitted *Pro Hac Vice*

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      I certify that on July 23, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will provide electronic service upon all attorneys of record.

                                                <u>/s/ Andrew K. Ward</u>
                                                Andrew K. Ward

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| TEXAS ASSOCIATION OF MONEY SERVICES BUSINESSES (TAMSB), *et al.*, § § § <br> *Plaintiffs*, § § <br> v. § § <br> PAM BONDI, Attorney General of § the United States, *et al.,* § § § <br> *Defendants*. § | CIVIL ACTION NO. SA-25-CA-00344-FB |

# ORDER GRANTING DEFENDANTS' MOTION TO
# STAY PROCEEDINGS PENDING APPEAL

Upon consideration of the Defendants' Motion to Stay Proceedings and all submissions of the parties, it is hereby ORDERED that the motion (docket no. 75) is GRANTED. The Court has also taken into consideration for this ruling the pending case in El Paso, *Valuta Corporation, Inc. & Payans Fuel Center, Inc. v. Financial Crimes Enforcement Network, et al.,* Civil Action No. EP-25-cv-00191-LS. This mater is STAYED pending resolution of the pending appeal and cross-appeal. The parties shall promptly notify the Court when the appeal is fully resolved.

It is so ORDERED.

SIGNED this 22nd day of July, 2025.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE