# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| VALUTA CORPORATION, INC. and PAYAN FUEL CENTER, INC., <br><br>*Plaintiffs*, <br><br>v. <br><br>FINANCIAL CRIMES ENFORCEMENT NETWORK, ANDREA GACKI, in her official capacity as Director of the Financial Crimes Enforcement Network; U.S. DEPARTMENT OF THE TREASURY; SCOTT BESSENT, in his official capacity as Secretary of the Treasury; and PAM BONDI, in her official capacity as Attorney General of the United States, <br><br>*Defendants*. | Civil Action No. 3:25-cv-191-LS |

## NOTICE OF APPEAL

Please take notice that all Defendants, the Financial Crimes Enforcement Network (FinCEN); Andrea Gacki, in her official capacity as FinCEN Director; the U.S. Department of the Treasury, Scott Bessent, in his official capacity as Secretary of the Treasury; and Pam Bondi, in her official capacity as Attorney General of the United States, hereby appeal to the United States Court of Appeals for the Fifth Circuit from this Court's Order granting Plaintiffs' Motion for a Preliminary Injunction dated July 22, 2025.

Dated: September 19, 2025

Respectfully submitted,

**Justin R. Simmons**
United States Attorney

By:   */s/ Robert D. Green*
**Robert D. Green**
Texas Bar No. 24087626
robert.green3@usdoj.gov
Angelica A. Saenz
Texas Bar No. 24046785
Angelica.Saenz@usdoj.gov
Assistant United States Attorneys
U.S. Attorney's Office
601 NW Loop 410, Suite 600
San Antonio, Texas 78216
(210) 384-7362 (phone)
(210) 384-7312 (fax)

*Attorneys for Defendants*