# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| VALUTA CORPORATION, INC., PAYANS FUEL CENTER, INC., § § § *Plaintiffs*, § § v. § § FINANCIAL CRIMES ENFORCEMENT NETWORK, ANDREA GACKI, in her official capacity as director of the FINANCIAL CRIMES ENFORCEMENT NETWORK, U.S. DEPARTMENT OF THE TREASURY, SCOTT BESSENT, in his official capacity as SECRETARY OF THE TREASURY, and PAM BONDI, in her official capacity as the ATTORNEY GENERAL OF THE UNITED STATES, § § § § § § § § § § § § § *Defendants*. § | No. 3:25-CV-00191-LS |

## ORDER FOR BRIEFING

Plaintiffs Valuta Corporation, Inc., and Payans Fuel Center, Inc., informed the Court that the government extended the subject Geographic Targeting Order ("GTO") to March 6, 2026 and materially modified the GTO to cover the entirety of El Paso County and two new counties in Arizona.[1] The government also raised the reporting threshold from $200 to $1,000.[2]

The Court orders the parties to brief how these changes affect the pending complaint's viability, the TRO, and the preliminary injunction, and whether the parties' arguments supporting and opposing the TRO, the preliminary injunction, and the pending summary judgment motion[3]

---

[1] ECF No. 62, at 1.
[2] *Id.*
[3] ECF No. 41.

2

are, in whole or in part, moot. The parties should discuss the need for an amended complaint and for further TRO and preliminary injunction litigation regarding the amended GTO.

A status conference, live or virtual, will follow. The parties shall file their briefs, not exceeding ten pages, by **September 29, 2025**.

**SO ORDERED**.

**SIGNED** and **ENTERED** on September 22, 2025.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**