UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| VALUTA CORPORATION, INC., PAYANS FUEL CENTER, INC., *Plaintiffs*, v. FINANCIAL CRIMES ENFORCEMENT NETWORK, ANDREA GACKI, in her official capacity as the FINANCIAL CRIMES ENFORCEMENT NETWORK, U.S. DEPARTMENT OF THE TREASURY, SCOTT BESSENT, in his official capacity as SECRETARY OF THE TREASURY, and PAM BONDI, in her official capacity as the ATTORNEY GENERAL OF THE UNITED STATES, *Defendants*. | No. 3:25-CV-00191-LS |

## MEMORANDUM OPINION AND ORDER

Plaintiffs Valuta Corporation, Inc., and Payans Fuel Center, Inc., move for a preliminary injunction of Defendant Financial Crime Enforcement Network's Geographic Targeting Order ("GTO"),[1] which imposes reporting requirements on money services businesses for transactions in several border counties. The Court grants Plaintiffs' motion for preliminary injunction, and enjoins Defendants from enforcing, implementing, and otherwise giving effect to the GTO as to the named Plaintiffs until further order of the Court.

The Court previously granted a temporary restraining order ("TRO") on Defendant's GTO,[2] and adopts the reasoning in the TRO in support of this preliminary injunction. The Court

---

[1] ECF No. 41.
[2] ECF No. 31.

further adopts Judge Biery's reasoning in granting a preliminary injunction on the same GTO in a related case, *Texas Association of Money Services Businesses v. Bondi*,[3] which is currently on appeal before the Fifth Circuit Court of Appeals as Cause No. 25-50481. Judge Biery found that:

> (1) Plaintiffs have demonstrated a substantial likelihood of success on the merits on their claims that the GTO violates the Fourth Amendment to the United States Constitution and the Administrative Procedure Act. (2) Plaintiffs have demonstrated serious irreparable harm, including the destruction of Plaintiffs' businesses, loss of reputation and goodwill. (3) The balance of equities favors Plaintiffs because of the constitutional and statutory implications and the public interest is served by maintaining lawful operations of regulated financial institutions and preventing unlawful agency action.[4]

For these reasons, the Court grants Plaintiffs' motion for a preliminary injunction as to the named Plaintiffs until further order of the Court.

**SO ORDERED**.

**SIGNED** and **ENTERED** on October 6, 2025.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

---

[3] 783 F. Supp. 3d 963 (W.D. Tex. 2025).
[4] *Id.* at 988.